UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON FIELDS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>E.F. CASTRILLO,<br><br>　　　　　　Defendant. | No. 2:17-cv-1068 AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however: (1) filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a); or (2) legibly presented his allegations and claims on a complaint form. Plaintiff will be provided the opportunity to do both.

First, plaintiff must submit the appropriate affidavit in support of a request to proceed in forma pauperis or the required fees totaling $400.00. Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

six-month period immediately preceding the filing of this action.

Second, plaintiff must legibly present his allegations and claims on the complaint form provided with this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty days from the date of this order, submit to the court:
   a. An affidavit in support of his request to proceed in forma pauperis OR the required fees in the amount of $400.00; and
   b. An amended complaint.
2. The Clerk of the Court is directed to send plaintiff: (1) a new Application to Proceed In Forma Pauperis By a Prisoner; and (2) a blank form Civil Rights Complaint used by prisoners in this district; and (3) a copy of plaintiff's three-page original complaint (ECF No. 1).
3. Plaintiff's failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 6, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE