# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON FIELDS, | No. 2:17-cv-1068 AC P |
| Plaintiff, | |
| v. | ORDER |
| E. F. CASTRILLO, | |
| Defendant. | |

Plaintiff has filed a motion for extension of time to submit the documents necessary to effect service. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 12, is granted;

2. Plaintiff is granted thirty days after service of this order in which to submit the documents necessary to effect service.

DATED: October 10, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE