UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON FIELDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E.F. CASTRILLO,<br><br>　　　　Defendant. | No. 2:17-cv-1068 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's Eighth Amendment claim against sole defendant Castrillo. Discovery closed on May 25, 2018. By separate orders filed concurrently with this order, this case is set for a settlement conference on October 11, 2018, and a writ ad testificandum will issue to ensure plaintiff's presence at the conference. Due to the pendency of the settlement conference, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for summary judgment filed June 7, 2018, ECF No. 34, is denied without prejudice to its renewal upon further order of this court.

　　2. The dispositive motion deadline, October 19, 2018, is vacated pending further order of this court; no further motions shall be filed in this case without further order of this court.

　　3. Plaintiff's third motion for appointment of counsel, ECF No. 36, is denied for the reasons stated by the court in denying plaintiff's first request, filed March 8, 2018 (see ECF No.

26); the same factors support plaintiff's pro se representation at the settlement conference.

    4. Plaintiff's motion to obtain the attendance of incarcerated witnesses at trial, ECF No. 37, is denied without prejudice as premature.

    IT IS SO ORDERED.

DATED: June 20, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE