# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**CARLTON FIELDS,**          Case No. 2:17-cv-1068 AC P

    Plaintiff,

    v.

**E.F. CASTRILLO,**

    Defendant.          **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**Carlton Fields, CDCR #AN-4713**, a necessary and material witness in a settlement conference in this case on October 11, 2018, is confined in California State Prison, Sacramento (CSP-SAC), in the custody of the Warden. In order to secure this inmate's attendance at the settlement conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Kendall J. Newman at the United States District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on **Thursday, October 11, 2018 at 9:00 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-SAC, P. O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before United States Magistrate Judge Kendall J. Newman at the time and place noted above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 20, 2018

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE